# United States Court of Appeals
## For the First Circuit

No. 19-2145

UNITED STATES,

Appellee,

v.

ERICK MANUEL CEPEDA-MENDEZ,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Barron, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 1, 2021

      Counsel for defendant-appellant Erick Manuel Cepeda-Mendez seeks to withdraw and has submitted a brief pursuant to <u>Anders</u> v. <u>California</u>, 386 U.S. 738 (1967). Counsel certifies that Cepeda-Mendez was informed of his right to file a pro se supplemental brief, but no such brief has been filed. After a careful review of counsel's brief and the record, we conclude that the appeal presents no non-frivolous issues. Accordingly, counsel is permitted to withdraw, and Cepeda-Mendez's conviction and sentence are affirmed. <u>See</u> 1st Cir. R. 27.0(c).

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Ovidio E. Zayas-Perez
Erick Manuel Cepeda-Mendez
Mariana E. Bauza Almonte
Jeanette M. Collazo-Ortiz